DIANA G. DICKINSON, ESQ., Bar No. 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: ddickinson@littler.com

Attorney for Defendant
BACKGROUNDCHECKS.COM

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NORA SALAZAR,<br><br>    Plaintiff,<br><br>vs.<br><br>BACKGROUNDCHECKS.COM,<br><br>    Defendant. | Case No. 2:20-cv-01030-GMN-EJY<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT BACKGROUNDCHECKS.COM TO FILE RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Plaintiff NORA SALAZAR ("Plaintiff") and Defendant BACKGROUNDCHECKS.COM ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of July 8, 2020, up to and including **August 7, 2020**.

Such extension is necessary in light of the fact that Defendant's counsel was recently retained. The additional time will allow defense counsel to continue to investigate the allegations in the Complaint and prepare a sufficient responsive pleading.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: July 6, 2020

Respectfully submitted,

*/s/ Matthew I. Knepper*
GEORGE HAINES, ESQ.
FREEDOM LAW FIRM

MATTHEW I. KNEPPER, ESQ.
MILES N. CLARK, ESQ.
KNEPPER & CLARK LLC

Attorneys for Plaintiff
NORA SALAZAR

Dated: July 6, 2020

Respectfully submitted,

*/s/ Diana G. Dickinson*
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

Attorney for Defendant
BACKGROUNDCHECKS.COM

**ORDER**

      **IT IS SO ORDERED.**

      Dated: _____July 6th_____, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

4842-8355-7569.1 107811.1004

2.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800